# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### CLERK'S MINUTES

**CASE NO. 2:23-cv-5**                                                                 **DATE:** 10/27/2023

**TITLE:** Samuel C. Rhone v. Paul M. George, in his individual and official capacity as a Lieutenant with the Kingsland Police Department

**HONORABLE BENJAMIN W. CHEESBRO**      **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWK-CHAMBERS**    **TIME: 2:00 p.m.-2:12 p.m.  TOTAL: 12 min.**

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Samuel C. Rhone | James Yancey |
| **DEFENDANT:** | **COUNSEL FOR DEFENDANT:** |
| Paul M. George, in his individual and official capacity as a Lieutenant with the Kingsland Police Department | Richard Strickland |

**TELEPHONIC STATUS CONFERENCE**

Telephonic status conference held pursuant to latest scheduling order.
Court reviews remaining deadlines with the parties.
Court hears from parties.
Due to Plaintiff now being deceased, upon the parties' joint request, the Court will stay case for 45 days pending substitution of Plaintiff.