IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SAMUEL M. RHONE,<br><br>  Plaintiff,<br><br>  v.<br><br>PAUL M. GEORGE,<br><br>  Defendant. | CIVIL ACTION NO.: 2:23-cv-5 |

**O R D E R**

The Court stayed this case on October 27, 2023, to provide Plaintiff's counsel time to seek substitution for Plaintiff Samuel M. Rhone, who is deceased.  Doc. 18.  The Court held a telephonic status conference on December 12, 2023, to discuss the remaining schedule for the case.  During the conference, counsel for Plaintiff requested more time to substitute the administrator of Plaintiff's estate for Plaintiff.  The Court **GRANTS** counsel's request and **STAYS** all deadlines until January 9, 2024.  Response deadlines for motions related to party substitution are excluded from this stay.  The Court **DIRECTS** the parties to attend a telephonic status conference on January 9, 2024, during which the Court will discuss the remaining schedule for the case.

**SO ORDERED**, this 13th day of December, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA