IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SAMUEL C. RHONE, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case Number: 2:23-cv-0005-LGW-BWC |
| | * |
| PAUL M. GEORGE | * |
| | * |
| Defendant. | * |

## SUGGESTION OF DEATH

COMES NOW Defendant Paul M. George, by his attorney, and suggests on the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Plaintiff Samuel C. Rhone during the pendency of this action. After a thorough search, Defendant has determined that Plaintiff's daughter Sa'mya Alexis Rhone appears to be his sole heir and representative of his estate. Accordingly, she will be notified of this Suggestion of Death in accordance with Federal Rule of Civil Procedure Rule 25. However, Defendant is unsure as to whether Sa'mya Alexis Rhone has reached the age of majority. Therefore, Defendant will also serve her mother and guardian, Jerilynn Wentworth, in accordance with Federal Rule of Civil Procedure 4(e)(1) and O.C.G.A. § 9-11-4(e)(3).

This 11th day of March, 2024.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia Bar Number: 687830
Brown, Readdick, Bumgartner, Carter,
Strickland & Watkins, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party in the foregoing matter with a copy of the Suggestion of Death of Plaintiff Samuel C. Rhone by filing on PACER to assure delivery to:

James A. Yancey, Jr., Esquire

This 11th day of March, 2024.

>BROWN, READDICK, BUMGARTNER
>CARTER, STRICKLAND & WATKINS, LLP
>
>/s/ Richard K. Strickland
>Richard K. Strickland
>Georgia Bar Number: 687830
>5 Glynn Avenue (31520)
>Post Office Box 220
>Brunswick, GA 31521
>(912) 264-8544
>(912) 264-9667 FAX
>rstrickland@brbcsw.com
>**ATTORNEY FOR DEFENDANT**