IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SAMUEL M. RHONE,

    Plaintiff,

v.

PAUL M. GEORGE,

    Defendant.

CIVIL ACTION NO.: 2:23-cv-5

**O R D E R**

The Court stayed this case on October 27, 2023, to provide Plaintiff's counsel time to seek substitution for Plaintiff Samuel M. Rhone, who is deceased.  Doc. 18.  The Court lifted the stay on February 16, 2024, and issued an Amended Scheduling Order.  Doc. 24.  The Court held a status conference on March 13, 2024.  Doc. 32.  During the status conference, the parties requested another stay.  Id.  Counsel for Plaintiff explained Plaintiff's daughter will soon turn 18 years old.  Counsel for Plaintiff requested more time to consult with Plaintiff's daughter about moving for substitution once she reaches the age of majority.  Counsel for Defendant asks for a 95-day stay so he can serve a suggestion of death on Plaintiff's successor under Federal Rule of Civil Procedure 25, then file a motion to dismiss if no motion for substitution is filed.  I granted the parties' request for a stay.  I **STAY** all Rule 26 and discovery deadlines and the civil motions

deadline until **June 16, 2024.** This stay does not affect the dates set for the pretrial conference and trial.

**SO ORDERED**, this 20th day of March, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA